GUSTAVSON, Appellant, v. NORTHEAST-ERN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Lina Gustavson against the Northeastern Construction Company. C. S. Keyes, for appellant. H. C. Smyth, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re HAHN. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of William Hahn. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALLOCK, Respondent, v. BEDELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alanson Hallock against Charles F. Bedell. No opinion. Judgment and order affirmed, with costs.

In re HALSTEAD. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of John Halstead. No opinion. Motion denied, with $10 costs. Settle order on notice.

HAMBURG, Appellant, v. PEOPLE'S SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908) Action by David M. Hamburg against the People's Surety Company of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRIS, Appellant, v. COEHN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Benjamin Harris against Hugo Coehn and others. J. A. Seidman, for appellant. J. O. Weschler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of Joseph B. Hart, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HART v. A. L. CLARKE & CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Henry Hart against A. L. Clarke & Co. No opinion. Motion denied. Settle order on notice.

HART v. A. L. CLARKE & CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Henry Hart against A. L. Clarke & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 60 Misc. Rep. 366, 113 N. Y. Supp. 451.

HARVIER, Respondent, v. DOURAS, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1908.) Actions by Ernest Harvier against Bernard J. Douras. A. D. Pape, for appellant. J H. Cohan, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

HAYNER, Appellant, v. TILLEY, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Emma Hayner against Nelson P. Tilley. No opinion. Judgment unanimously affirmed, with costs.

HEBBERD v. THOMAN. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Robert W. Hebberd against Callus Thoman. No opinion. Motion to take record from the files granted. Settle order on notice.

HEIN, Appellant, v. WILLIAM R. PITT IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Alfred Hein, an infant, against the William R. Pitt Iron Works. I. B. Wheeler, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HERZOG, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Albert Herzog against Samuel Cohen and John Frank, copartners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HETZEL, Appellant, v. WEIMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Christian F. Hetzel against Magdalene Weimann and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HIGGIN MFG. CO., Appellant, v. FLEISCHMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by the Higgin Manufacturing Company against Walter L. Fleischmann and another. No opinion. Motion granted, without costs.

HIGGIN MFG. CO., Appellant, v. FLEISCHMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by the Higgin Manufacturing Company against Walter L. Fleischman and another. PER CURIAM. Appeal dismissed, with costs. HIRSCHBERG, P. J., not sitting.

HIGGINS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.)